Amber Hoerauf Trust  
8180 Lakeview Center, Suite 300  
Odessa, TX 79765  

Central Texas Electric Co-op  
PO Box 553  
Fredericksburg, TX 78624  

EON Production, LLC  
8180 Lakeview Center, Suite 300  
Odessa, TX 79765  

Henderson County Appraisal District  
1751 Enterprise  
Athens, TX 75751  

Internal Revenue Service  
Centralized Insolvency Office  
P. O. Box 7346  
Philadelphia, PA 19101-7346  

Llano County Tax  
PO Box 307  
Llano, TX 78643  

Matthew Hoerauf Trust  
8180 Lakeview Center, Suite 300  
Odessa, TX 79765  

O'Ryan Family Limited Partnership  
8180 Lakeview Center, Suite 300  
Odessa, TX 79765  

O'Ryan Oregon Ranches, LLC  
8180 Lakeview Center, Suite 300  
Odessa, TX 79765

O'Ryan Ponderosa, LLC
8180 Lakeview Center, Suite 300
Odessa, TX 79765


O'Ryan Production & Exploration, LTD
8180 Lakeview Center, Suite 300
Odessa, TX 79765


O'Ryan Ranches, LLC
8180 Lakeview Center, Suite 300
Odessa, TX 79765


Phil Lamberson
Winstead PC
2728 N. Harwood Street Suite 500
Dallas, TX 75201


Prosperity Bank
80 Sugar Creek Center Blvd.
Sugar Land, TX 77478


Ryan C. Hoerauf
8180 Lakeview Center, Suite 300
Odessa, TX 79765


Ryan C. Hoerauf 2008 Delaware Trust
8180 Lakeview Center, Suite 300
Odessa, TX 79765


Ryan C. Hoerauf, Inc.
8180 Lakeview Center, Suite 300
Odessa, TX 79765


Ryan Properties, Inc.
8180 Lakeview Center, Suite 300
Odessa, TX 79765

```
Ryan Turner Specialty
26289 Network Place
Chicago, IL 60673


Scanrock Oil & Gas, Inc.
8180 Lakeview Center, Suite 300
Odessa, TX 79765


Smackover Oil Treaters, Ltd.
8180 Lakeview Center, Suite 300
Odessa, TX 79765


Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711


Thomas Jaeger
15226 East Sage Drive
Fountain Hills, AZ 85268
```