| Fill in this information to identify the case: | |
|---|---|
| Debtor name | O'Ryan Ranches, Ltd. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Central Texas Electric Co-op<br>PO Box 553<br>Fredericksburg, TX 78624 | | | | | | $178.76 |
| Henderson County Appraisal District<br>1751 Enterprise<br>Athens, TX 75751 | | 20 acres in Henderson County, Texas | | Unknown | $0.00 | Unknown |
| Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| Ryan Turner Specialty<br>26289 Network Place<br>Chicago, IL 60673 | | | | | | $6,972.04 |
| Texas Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy Section<br>P.O. Box 13528 Capitol Station<br>Austin, TX 78711 | | | | | | $0.00 |
| Thomas Jaeger<br>15226 East Sage Drive<br>Fountain Hills, AZ 85268 | | | | | | $75,000.00 |